UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. William Edward Todd**            **Docket No. 5:09-CR-231-1BO**

### Petition for Action on Supervised Release

COMES NOW Maurice J. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Edward Todd, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Convicted Felon, 18 U.S.C. § 922(g)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 21, 2010, to the custody of the Bureau of Prisons for a term of 110 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

William Edward Todd was released from custody on November 28, 2014, at which time the term of supervised release commenced.

On April 10, 2015, the court was notified that the defendant was cited with a misdemeanor criminal summons charging him with Assault With a Deadly Weapon. It was alleged that the defendant assaulted his stepfather with a brick. The probation office asked that this case be allowed to resolve itself in state court and the court concurred. This case was dismissed.

On September 16, 2016, the court was notified that the defendant was charged with Assault on a Female. The probation office asked that this case be allowed to resolve itself in state court and the court concurred. This case was dismissed.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant recently informed the probation officer that he could benefit from receiving mental health therapy to assist him in his day to day struggles. As a result, the probation office is recommending that this condition be added to his terms of supervised release. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

William Edward Todd
Docket No. 5:09-CR-231-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Maurice J. Foy
Maurice J. Foy
Sr. U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8678
Executed On: February 17, 2017

## ORDER OF THE COURT

Considered and ordered this __17__ day of __Feb_____, 2017, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge